# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RANDAL SCOT BRINKMAN,<br><br>　　　　　Defendant. | 2:16-mj-00382-VCF<br><br>**ORDER** |

Before the Court is the verified petition for permission to practice in this case only by attorney not admitted to the bar of this court and designation of local counsel (ECF NO. 14).

This petition does not comply with LR IA 11-2 (b)(3).

Accordingly,

IT IS HEREBY ORDERED that the verified petition for permission to practice in this case only by attorney not admitted to the bar of this court and designation of local counsel (ECF NO. 14) is DENIED. The verified petition for *pro hac vice* must be refiled with the certificates of good standing by January 6, 2017, if counsel would like the court to reconsider.

DATED this 21st day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE