# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RANDAL SCOT BRINKMAN,<br><br>        Defendant. | 2:16-mj-00382-VCF<br>**MINUTE ORDER** |

Before the Court is the verified petition for permission to practice in this case by an attorney not admitted to the bar of this court and designation of local counsel (ECF No. 20).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the verified petition for permission to practice in this case by an attorney not admitted to the bar of this court and designation of local counsel (ECF No. 20) is scheduled for 11:00 a.m., January 10, 2017, in Courtroom 3D.  Local counsel, Thomas D. Boley, Esq. must appear in person at the hearing.  John C. Conard, Esq. may appear telephonically.  The call-in telephone number is (888)273-3658, access code: 3912597.  The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 5th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE