# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RANDAL SCOT BRINKMAN,<br><br>　　　　Defendant. | 2:16-mj-00382-VCF<br>**MINUTE ORDER** |

Before the Court is the verified petition for permission to practice in this case by an attorney not admitted to the bar of this court and designation of local counsel (ECF No. 20). On January 10, 2017, the Court held a hearing on the instant motion. (ECF No. 22). Counsel was given an opportunity to cure the deficient verified petition (ECF No. 20) by filing a notice of corrected image. *Id.* To date, no corrected image has been filed.

Accordingly,

IT IS HEREBY ORDERED that Defendant must file the corrected image of the verified petition for permission to practice in this case by an attorney not admitted to the bar of this court and designation of local counsel (ECF No. 20) by February 13, 2017. Failure to do so may result in the denial of the verified petition.

DATED this 30th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE